UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS L. LOVE El, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TROY NUNLEY, et al.,<br><br>Defendants. | No. 2:19-cv-01395-KJM-KJN PS<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

By order dated October 7, 2019, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. Plaintiff did not respond or file anything within the twenty-eight day period. On November 21, 2019, in the interest of hearing plaintiff's claims on their merits, the court ordered plaintiff to show cause as to why this matter should not be dismissed. That deadline has passed and plaintiff has not responded. Therefore, the court finds that no other sanction than dismissal is appropriate at this time.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 27, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

1395.love